1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-13-6025-EFS |
| Plaintiff, | **Motion To Permit Late Filing of Supplemental Brief** |
| vs. | |
| LEONEL MICHEL VARGAS, | **January 31, 2014 @ 6:30 p.m. Without Oral Argument** |
| Defendant | |

8

9

10

11

12

13

14        COMES NOW counsel for the Defendant and moves the Court to permit late

15    filing of a Supplemental Brief on February 3, 2014.

16        This Motion is based upon the files and records herein and declaration of counsel

17    herewith filed.  The government agrees not to oppose the motion.

18        DATED this 29th day of January, 2014.

19

20

21                                     s/John S. Matheson
                                       JOHN S. MATHESON, WSBA No. 8288
22                                     Attorney for Defendant

23

24

25

26

27

28    **MOTION TO PERMIT LATE FILING- 1**                    JOHN S. MATHESON, ESQ.
      **OF SUPPLEMENTAL BREIF**                              315 W. KENNEWICK AVE.
                                                             KENNEWICK, WA 99336
                                                             (509)586-3091

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF System which will send notification of such filing to the following: Alex Ekstrom, Assistant United States Attorney

s/John S. Matheson
John S. Matheson, WSBA No. 8288
Attorney for Defendant

**MOTION TO PERMIT LATE FILING- 2**
**OF SUPPLEMENTAL BREIF**

JOHN S. MATHESON, ESQ.
315 W. KENNEWICK AVE.
KENNEWICK, WA 99336
(509)586-3091