# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONEL MICHEL VARGAS,<br><br>    Defendant | Case No.: CR-13-6025-EFS<br><br>**Motion To Expedite**<br><br>**January 31, 2014 @ 6:30 p.m.**<br>**Without Oral Argument** |

COMES NOW, Defendant, LEONEL MICHEL VARGAS, by and through his attorney, John S. Matheson, and moves this Court to expedite the hearing on the Defendant's Motion to Permit Late Filing of Supplemental Brief. The government either agrees with or has no objection to this motion.

This Motion is based upon the files and records herein.

DATED this 29th day of January, 2014.

s/John S. Matheson<br>
JOHN S. MATHESON, WSBA No. 8288<br>
Attorney for Defendant

**MOTION TO EXPEDITE- 1**

JOHN S. MATHESON, ESQ.<br>
315 W. KENNEWICK AVE.<br>
KENNEWICK, WA 99336<br>
(509)586-3091

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF System which will send notification of such filing to the following: Alex Ekstrom, Assistant United States Attorney

                                                               s/John S. Matheson
                                                               John S. Matheson, WSBA No. 8288
                                                               Attorney for Defendant