# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-13-6025-EFS |
| Plaintiff, | **Reply Brief** |
| vs. | |
| LEONEL MICHEL VARGAS, | |
| Defendant | |

The government virtually concedes that the defendant has a reasonable subjective expectation that his home would be free of intense long term video surveillance was reasonable. The remote location of the defendant's home is such that when members of the public approach on the public way, their presence would have been known to the defendant.

The government first argues that there is no search because the "front yard is the face that a house presents to the world." (Government's Supplemental Briefing page 1). This ignores that the search was of the protected curtilage area of the front door and side of defendant's home, and the government knew it's surveillance had to be secret because an approach on the public road would have been observed.

REPLY BRIEF- 1

JOHN S. MATHESON, ESQ.
315 W. KENNEWICK AVE.
KENNEWICK, WA 99336
(509)586-3091