

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

(509) 458-3400
FAX  (509) 458-3420

LESLIE A. DOWNEY
CHIEF DEPUTY CLERK

January 12, 2015

Mr. Benjamin D. Seal
United States Attorney's Office
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901

*RE:*   *USA v.  Leonel Michel Vargas*
         2:13-CR-6025-EFS

Dear  Mr. Seal:

Attached is a copy of the Notice of Appeal and docket sheet in the above-referenced case.

**IMPORTANT** - The Transcript Designation and Ordering form is available on the public website under forms http://www.waed.uscourts.gov/forms/all-forms/transcript_forms.   All Transcript Designation and Ordering forms should be electronically filed in ECF.   **You must contact the Court Reporter to make financial arrangements.**

Please Note:

> The designation form must be completed in full including the name and date of each proceeding and the court reporter's name who reported the proceeding.   The docket entries enclosed provide the dates of the hearings and the court reporter's name.   "Entire transcript," "Entire trial" or "All proceedings" is not sufficient information to process your transcript order.
>
> **The transcript designation should be e-filed**.   The event is located under "Appeal Documents; 9CCA Transcript Designation of Record on Appeal". Official Court Reporters will receive notification via ECF.   You must mail a copy to contract Court Reporters. **You must contact the Court Reporter to make financial arrangements.**

TRANSCRIPTS FILED PRIOR TO APPEAL:

**If a hearing transcript has been filed prior to the appeal, you should designate the hearing date if you are considering it to be part of the record.   Also, please indicate on the transcript and designation form that the transcript has already been filed.**

Page Two

If you have questions about who reported a certain proceeding, please contact the undersigned.

Thank you for your assistance.   If you have any other questions, please call.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

Enclosures

## COURT REPORTERS

KIMBERLY ALLEN
U.S. District Court
825 Jadwin Avenue, Suite 174
Richland, WA 99352
509-943-8175

TOPPER BAKER
c/o Bruce Anderson
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

DORENE BOYLE
P.O. Box 1701
Yakima, WA 98907
509-457-6741

RONELLE CORBEY
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-5283

DEBRA CLARK
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-3433

SAMANTHA DRUMMOND
3245 E. Armstrong Court
Coeur d'Alene, ID 83814
208-457-2597

SUSAN HANEY
c/o Bruce Anderson
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

BRUCE ANDERSON
ELECTRONIC RECORDER
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

KATHLEEN KNOX/
DIANE NICHOLSON
ACTA Court Reporting
P.O. Box 1692
Richland, WA 99352
509-946-4328 or 800-820-9111

RENE' LaCOURSIERE/
MARILYNN McMARTIN
Affiliated Court Reporters
P.O. Box 994
Yakima, WA 98907
509-966-6787 or 800-548-2678

PHYLLIS LYKKEN
RACHAEL HALL
Central Court Reporting
P.O. Box 8029
Yakima, WA 98908
509-457-3377

JULIE McCAUGHAN
M&M Court Reporting
816 Sherman Avenue, Suite 7
Coeur d'Alene, ID 83814
208-765-1700

TAMMEY L. McMASTER
P.O. Box 1621
Mead, WA 99021
509-465-1334

JORI MOORE
551 McPherson Lane
Selah, WA 98942
509-698-4788

PATRICIA PULLO
M&M Court Reporting
816 Sherman Avenue, Suite 7
Coeur d'Alene, ID 83814
208-765-1700

ELIZABETH  (Lisa) RACE
P.O. Box 4515
West Richland, WA  99353
509-628-3621

BETTY SITTER
12308 East Fourth Avenue
Spokane, WA 99216
509-413-3003

STEPHANIE SMITHSON
c/o Bruce Anderson
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

JODY POPE/GAIL PARRISH
d'Anne Meyers
Snover Real Time Reporting
505 North Argonne Road
Suite A
Spokane Valley, WA 99212
509-467-0666

ANITA SELF
CDA Reporting Court Reporters
401 Front Avenue, Suite 215
Coeur d'Alene, ID 83814
208-765-3666

MARK SNOVER
U.S. District Court
P.O. Box 2209
Spokane, WA 99210
509-458-3434

DOROTHY R. STILES
621 East Rockwood Blvd.
Spokane, WA  99203
509-850-5980

LYNETTE WALTERS
U.S. District Court
P.O. Box 2706
Yakima, WA 98907
509-573-6613

Revised 12/09/2014 shared/court reporter